UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 18-CR-0392-WQH |
|---|---|
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| v. | |
| MANUEL ALEJANDRO GARCIA, aka "Gallo" | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA pursuant to Fed. R. Crim. P. 48(a) and good cause appearing,

IT IS HEREBY ORDERED that motion to dismiss is granted (ECF No. 10), and the Indictment in the above-entitled case is dismissed without prejudice, and the Arrest Warrant is recalled.

Dated: February 11, 2026

Hon. William Q. Hayes
United States District Court